# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vincent Marcus Anderson, | ) | Case No. 4:12-cr-043 |
| | ) | |
| Defendant. | ) | |

Defendant was ordered detained pending a hearing on a petition for revocation of his supervised release conditions. He is presently being housed at the Burleigh County Detention Center in Bismarck, North Dakota.

Pursuant to its discussion with the Pretrial Services Office on September 3, 2014, the court on its own motion orders that defendant be released from custody with the caveat that he is to report immediately to the emergency room at Sanford Health in Bismarck. Once discharged, he shall immediately return to the Burleigh County Detention Center unless the Pretrial Services Office has made arrangements for his placement elsewhere. The Pretrial Services Office shall advise the court if and when such arrangements have been made, at which time the court may impose additional conditions of release.

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court